UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
----------------------------------X
UNITED STATES OF AMERICA

        V.                          CASE No._____

STEPHEN TSE
----------------------------------X    04 11698 NMG

MAGISTRATE JUDGE _____

MOTION UNDER 28 U.S.C. § 2255
TO VECATE, SET ASIDE, OR
CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

MOTION TO VECATE, SET ASIDE, OR TO CORRECT
FINANCIAL JUDJMENT (FINE)

---

STEPHEN TSE
PETITIONER, PRO SE

C/O FCI RAY BROOK
P.O. BOX 9008
RAY BROOK, NEW YORK
12977-9008

Petitiner, Stephen Tse, respectfully submits this Motion under 28 USC § 2255, to Correct, Vacate, or to Set Aside, the financial Judgement that imposed upon sentencing for the Criminal Case.

### STATEMENT OF FACTS

Petitioner was sentenced on or about November 6, 1996 and a Criminal Judgment was entered by the Court for three counts of use of a firearm in a crime of violecnce, 18 U.S.C. § 1959 (a) (3), Petitioner was sentenced to 188 months of imprisonment and ordered to pay assessment of $150 and a fine of **$175,000.00**.

Upon the Probation Departement indication in the Petitioner "PSR", that Defendant (hereinafter Petitioner) is Not able to by fine nor restitutions.
The Court has disregarded the information entered at the "PSR" and imposed the said fine of **$175,000.00**, knowenly that the Defendant can not pay such fine, and also in the violation of the United States Sentencing Guidelines.

### ARGUMENT

The Petitioner seeks to have his criminal fine to be Vacated, Set Aside, or Corrected pursuant to this Motion Under 28 USC §2255.

Petitioner, Respectfully request that this Honorable Court to entertain this motion for the relief sought by the

Petitioner, and to set this Motion for a hearing.

Petitioner's Constitution Rights was violated by the Sentencing Court, when the Court totlay ignored the standard of imposing fine upon defendants when their ability to pay fine is impaired.

[W]herefore, Movant/Petitioner prays that the Court grant him all relief to which be may entitled in this proceeding.

Respectfully submitted

*Stephen Tse*
Stephen Tse
Petitioner, Pro Se

I declare under the penalty of perjury that the foregoing is true and correct .

Dated:   Ray Brook, New York
         July 14, 2004

*Stephen Tse*
Stephen Tse, Movant

- 3 -