MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 MAR 29 P 5:27

STEPHEN TSE )
    Petitioner )
     )
     ) Civ. No. 04-11698 NMG
v. )
     )
     )
UNITED STATES OF AMERICA )
    Respondent )

## GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME

The United States of America, by and through its undersigned attorneys, hereby respectfully moves for an enlargement of time within which to file an answer or other responsive pleading to the Petitioner's Motion to Vacate, Set Aside or Correct Sentence. In support of this motion, the government states as follows:

1. Petitioner was sentenced on November 6, 1996 to serve 188 months in prison, and was ordered to pay a fine of $175,00 and a special assessment of $150.

2. On July 22, 2004, more than seven years after his sentence, the petitioner filed this pro se petition under 28 U.S.C. § 2255 seeking relief from the fine.

3. By Order dated March 7, 2005, the Court has directed the government to respond.

4. The Assistant U.S. Attorneys responsible for the criminal case have left the government, and the case must be reassigned for purposes of this response and the case file retrieved from archives.

Wherefore, the government respectfully requests that the time period within which to file an answer or other responsive pleading be extended to April 29, 2005.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

By:   _____
       JAMES D. HERBERT
       Assistant U.S. Attorney
       Chief, Strike Force Unit


## CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by causing to be deposited in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    Stephen Tse
    Petitioner, Pro Se
    c/o FCI Ray Brook
    P.O. Box 9008
    Ray Brook, NY 12977-9008


This 29th day of March, 2005.

                          _____
                          JAMES D. HERBERT
                          ASSISTANT UNITED STATES ATTORNEY