UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN TSE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 04-11698-NMG |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Respondent. ) | |

NOTICE OF APPEARANCE

I hereby give notice of my appearance as counsel for the United States of America in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
HEIDI E. BRIEGER
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
(617) 748-3100

CERTIFICATE OF SERVICE

I hereby certify that I have served this document by sending a true copy thereof by first class mail to defendant listed below.

Stephen Tse
Reg. No. 14744-038
Ray Brook FCI
P.O. Box 300
Ray Brook, NY 12977

_____
HEIDI E. BRIEGER
Assistant U.S. Attorney

Dated: June 13, 2005