United States District Court
District of Massachusetts

_____
                                  )
STEPHEN TSE,                      )
                                  )
        Petitioner,               )
                                  )   Civil Action No.
    v.                            )   04-11698-NMG
                                  )
UNITED STATES OF AMERICA,         )
                                  )
        Respondent.               )
_____)

### MEMORANDUM & ORDER

GORTON, J.

Petitioner Stephen Tse'e Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence is, as set forth in the government's response, a "second or successive" motion pursuant to 28 U.S.C. § 2255. Because the motion has not been certified as provided in 28 U.S.C. § 2244, this Court lacks jurisdiction to entertain it. See Libby v. Magnusson, 177 F.3d 43, 45 (1st Cir. 1999). Petitioner's motion to vacate, set aside or correct his sentence (Docket No. 1) is, therefore, **DENIED** and the petition is **DISMISSED**.

So ordered.

                                        /s/ Nathaniel M. Gorton
                                        Nathaniel M. Gorton
                                        United States District Judge

Dated: July 12, 2005