UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Stephen Tse,
            Petitioner,

V.

United States of America,
            Respondent

CIVIL ACTION

NO. 04-11698

## ORDER OF DISMISSAL

Gorton, D. J.

In accordance with the Court's Memorandum and Order dated 7/12/05 denying motion to vacate, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

7/14/05
Date

/s/ Craig J. Nicewicz
Deputy Clerk

(Dismmemo.ord - 09/92)             [odism.]