United States District Court
District Of Massachusetts
----------------------------------*
Stephen Tse,
      Petitioner,

                                   Civil Action No. 04-11698-NMG
v.

United States Of America,
      Respondent.
----------------------------------*

      PETITIONER'S MOTION FOR RECONSIDERATION TO ALTER OR
      AMEND JUDGEMENT PURSUANT TO RULE 59(e) OF THE
            FEDERAL RULES OF CIVIL PROCEDURE

    **COMES NOW**, Stephen Tse, Pro se, Moves this Honorable Court to alter or amend it's judgement entered on July 12, 2005 pursuant to Rule 59(e) of the Federal Rules of Civil Procedure on the grounds stated in the Memorandum of Law in Support of This Motion.

    A seperate brief in support is enclosed.

                                   Respectfully Submitted,

                                   /s/ Stephen Tse
                                   Stephen Tse, Pro se
                                   Federal Reg. No. 14744-038
                                   F.C.I. Ray Brook
                                   Post Office Box 9008
                                   Ray Brook, New York 12977

Dated: 7-21-05

(1)

## CERTIFICATE OF SERVICE

I, Stephen Tse, do hereby certify that I have served the U.S. Attorney, Heidi E. Brieger Esq., at the U.S. Courthouse, John J. Moakley Courthouse, 1 Courthouse way, Suite 9200, Boston Massachusetts 02210, with Pre-paid first-class postage affixed. this document was deposited in the institution Mailbox at F.C.I. Ray Brook, on this 20th day of July 2005.

Respectfully Submitted,

*Stephen Tse*
Stephen Tse, Pro se