United States District Court
District Of Massachusetts
----------------------------------------*
Stephen Tse,
          Petitioner,

v.                                     Civil Action No. 04-11698-NMG

United States Of America,
          Respondent.
----------------------------------------*

BRIEF IN SUPPORT OF PETITIONER'S MOTION FOR
RECONSIDERATION PURSUANT TO RULE 59(e).

The background of this case is as follows: Petitioner Stephen Tse ("Tse") is an inmate at the Federal Correctional Institution in Ray Brook, New York .

1.) On July 22, 2004, Petitioner filed his pro se Petition under 28 U.S.C. § 2255 seeking relief from a fine he cannot afford to pay.

2.) By Order dated March 7, 2005, the Court has directed the Government to respond.

3.) On March 29, 2005, the Government requested an enlargement of time in which to respond. this request was granted by this court, the Government's response was due April 29, 2005.

4.) The Government filed their late response on June 23, 2005, without any further request for additional enlargement of time; requesting the court to dismiss the Petition for lack of jurisdiction.

(1)

5.) On July 8, 2005, Petitioner filed his Motion for leave to Amend along with his amended Motion to Vacate, Set Aside or correct sentence and financial Judgement in case Number 04-11698 (NMG).

## ARGUEMENT

The Petitioner is requesting that this Court, pursuant to the Federal Rules Of Civil Procedure, Rule 59(e), for the following reasons:

In that petitioner filed his Pro se Motion, to amend his motion pursuant to **28 U.S.C. § 2255** on July 8, 2005, See **Exhibit A** Attached, when he submitted his amended complaint to prison officials on July 8, 2005.

In **Houston v. Lack,** 487 U.S. 266 (1998) the United States Supreme Court held that a Pro se prisoner's Notice Of Appeal in a Habeas Corpus case was filed at the moment it was given to prison authorities for mailing to the district court. Many District Court's have extended the benefits of the mailbox rule to all filings by a Pro se prisoner.

Likewise, leave to amend during the pendency of a Motion To Dismiss should be fairly freely afforded **Westwood v. Cohen,** 838 F.Supp. 126, 132 (S.D.N.Y. 1993)(Citation Omitted). Also Leave To Amend should be fairly freely afforded even after a court has entered Judgement dismissing the original complaint. **Satchell v. Dilworth,** 745 F.2d 781, 785 (2nd Cir. 1984)(Citation Omitted)(Amended Complaint after Rule 12(b)(6) dismissal).

Petitioner amends his complaint to particularize the potentially cognizable claims which gives this court jurisdiction to hear the merits of this action under **Section 2255 ¶6(3)** for prisoners seeking to Vacate, Set Aside or Correct sentence on the basis of Constitutional Right newly recognized by the U.S. Supreme Court. See <u>**Dodd v. United States,**</u> U.S. No. 04-5286, 3/20/05.

Petitioner has raised other sentencing issues which falls under **Booker** violations and because the Petitioner's fine is a part of his sentence, this court has subject matter jurisdiction pursuant to § 2255 ¶6(3) to hear the merits of this case.

## CONCLUSION

For the reasons set forth in this Memorandum, the Petitioner prays that relief be granted and vacate it's July 12, 2005 Order and grant his Motion for leave to amend, and Order the government to respond.

Respectfully Submitted,

*Stephen Tse*
Stephen Tse, Pro se
Federal Reg.No. 14744-038
F.C.I. Ray Brook
Post Office Box 9008
Ray Brook, New York 12977

Dated: July 20, 2005

## CERTIFICATE OF SERVICE

I, Stephen Tse, do hereby certify that I have served the U.S. Attorney, Heidi E. Brieger, Esq., at the United States Courthouse, John J. Moakley courthouse, 1 Courthouse way, Suite 9200, Boston, Massachusetts 02210, with Pre-paid postage affixed. This Document was deposited in the institution Mailbox at F.C.I. Ray Brook, on this 20th Day of July 2005.

Respectfully Submitted,

*Stephen Tse*
Stephen Tse, Pro se

```
┌─────────────────────────────────────────────────────────┐
│ U.S. Postal Service™                                    │
│ CERTIFIED MAIL™ RECEIPT                                 │
│ (Domestic Mail Only; No Insurance Coverage Provided)    │
│ For delivery information visit our website at www.usps.com│
│         Stephen Tse #14744-038                          │
│ Postage          $   2.21                               │
│ Certified Fee        2.30                               │
│ Return Receipt Fee   1.75        Postmark  BROOK        │
│ (Endorsement Required)            Here                  │
│ Restricted Delivery Fee  (12)              JUL 08 2005  │
│ (Endorsement Required)                                  │
│ Total Postage & Fees  $  6.26                           │
│ Sent To  U.S. District Court, John J. Moakley           │
│ Street, Apt. No.;                                       │
│ or PO Box No.  One Courthouse Way                       │
│ City, State, ZIP+4                                      │
│         Boston, Massachusetts 02210                     │
│ PS Form 3800, June 2002      See Reverse for Instructions│
└─────────────────────────────────────────────────────────┘
```

Tracking: 7005 0390 0001 3797 4735

Appendix (A)