The United States District Court
District Of Massachusetts
----------------------------------*
Stephen Tse,
         Petitioner,

v.                                    Civil No. 1:04-11698


United States Of America,
         Respondent.
----------------------------------*


## NOTICE OF APPEAL

Please take notice that the above Petitioner wishes to take an appeal to the United States Court of Appeal for the First Circuit on the denial of his Petition for reconsideration and motion for leave to amend his complaint pursuant to **F.R.Civ.P. Rule 15(a)** and motion to vacate entered July 12, 2005; A copy of the notice of electronic filing sheet is attached.


                                    Respectfully Submitted;

                                    /s/ Stephen Tse
                                    Stephen Tse, Pro se
                                    Federal Register Number 14744-038
                                    F.C.I. Ray Brook
                                    Post Office Box 9008
                                    Ray Brook, New York 12977

DATED: August 5, 2005