## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11698

Stephen Tse

v.

United States of America

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/10/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 18, 2005.

Sarah A Thornton, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/18/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11698-NMG

Tse v. United States of America
Assigned to: Judge Nathaniel M. Gorton
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 07/22/2004
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Stephen Tse**  represented by  **Stephen Tse**
Reg. No 14744-038
Ray Brook FCI
P.O. Box 300
Ray Brook, NY 12977
PRO SE

V.

**Respondent**

**United States of America**  represented by  **Heidi E. Brieger**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3293
Fax: 617-748-3358
Email: heidi.brieger@USDOJ.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**James D. Herbert**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3963
Email: James.Herbert@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2004 | 1 | MOTION to Vacate, Set Aside or Correct by Stephen Tse.(Jenness, Susan) (Entered: 08/02/2004) |
| 07/22/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 08/02/2004) |
| 08/02/2004 |  | Case file forwarded to NMG Session (Jenness, Susan) (Entered: 08/02/2004) |
| 03/07/2005 | 2 | Judge Nathaniel M. Gorton : Electronic ORDER entered. SERVICE ORDER re 2255 Motion. Order entered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt |

| | | |
|---|---|---|
| | | of this order.(Barrette, Mark) (Entered: 03/07/2005) |
| 03/29/2005 | 3 | MOTION for Extension of Time to 4/29/05 to file responsive pleading by United States of America. (Flaherty, Elaine) (Entered: 03/31/2005) |
| 04/05/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 3 Motion for Extension of Time (Nicewicz, Craig) (Entered: 04/05/2005) |
| 06/14/2005 | 4 | NOTICE of Appearance by Heidi E. Brieger on behalf of United States of America (Elefther, Elizabeth) (Entered: 06/14/2005) |
| 06/23/2005 | 5 | RESPONSE to Motion re 1 MOTION to Vacate 2255 filed by United States of America. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elefther, Elizabeth) (Entered: 06/23/2005) |
| 07/12/2005 | 6 | Judge Nathaniel M. Gorton : MEMORANDUM AND ORDER entered denying 1 Motion to Vacate and the petition is Dismissed. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/12/2005 | | Civil Case Terminated. (Elefther, Elizabeth) (Entered: 07/12/2005) |
| 07/14/2005 | 7 | Judge Nathaniel M. Gorton : ORDER Dismissing case entered. (Nicewicz, Craig) (Entered: 07/14/2005) |
| 07/14/2005 | 8 | MOTION for Leave to Amend by Stephen Tse. (Elefther, Elizabeth) (Entered: 07/14/2005) |
| 07/26/2005 | 9 | MOTION for Reconsideration re 6 Order on Motion to Vacate by Stephen Tse.(Elefther, Elizabeth) (Entered: 07/27/2005) |
| 07/26/2005 | 10 | MEMORANDUM in Support re 9 MOTION for Reconsideration re 6 Order on Motion to Vacate filed by Stephen Tse. (Elefther, Elizabeth) (Entered: 07/27/2005) |
| 08/10/2005 | 11 | NOTICE OF APPEAL by Stephen Tse. NOTICE TO |

| | | COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/30/2005. (Elefther, Elizabeth) (Entered: 08/11/2005) |
|---|---|---|