**United States District Court**
**District of Massachusetts**

STePHEN Tse
Plaintiff/Appelant,

v.

United States of America
Defendant(s)/Appellee,

**APPLICATION TO PROCEED WITHOUT FULL PREPAYMENT OF FEES; AFFIDAVIT AND AUTHORIZATION FORM**

CASE NUMBER: 05-2258

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.
In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    ☒ Yes    ☐ No   (If "No" go to Part 2)

If "Yes" state the place of your incarceration: F.C.I. Ray Brook

Are you employed at the institution?    ☒ Yes    ☐ No

Do you receive any payment from same?   ☒ Yes:   ☐ No

**Notice to Inmates:**   The Certificate portion of this affidavit must be completed.

2. Are you currently employed?:    ☒ Yes    ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take home salary or wages and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends             ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
   d. Disability or workers compensation payments      ☐ Yes    ☒ No
   e. Gifts or inheritances                            ☐ Yes    ☒ No
   f. Any other sources                                ☐ Yes    ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

FORM F.1

4. Do you have any cash, checking or savings accounts?   ☐ Yes   ☒ No

If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or **any other assets?**   ☐ Yes   ☒ No

If "Yes" describe the property and state its value (attach additional sheets as necessary):

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_8-30-05_  
DATE

_Stephen Joe_ (signed)  
SIGNATURE OF APPLICANT

## CERTIFICATE
(incarcerated applicants only)  
(To be completed by appropriate official at the institution of incarceration)

I certify that the applicant named herein has the sum of $ __74.83__ on account to his/her credit at (name of institution) __F.C.I. Raybrook__. I further certify that the applicant has the following securities to his/her credit: __N/A__

_____. I further certify that **during the past six months** the applicant's average balance was $ __N/A__.

_____  
DATE

_____  
SIGNATURE OF AUTHORIZED OFFICER

### Notice to Inmates:

Pursuant to the Federal Court Improvement Act of 1996, Pub.L. No. 104-317, 110 Stat. 3847, as of December 18, 1996, the filing fee for most civil actions was increased from $120.00 to $150.00. *See id.* at § 401 (amending 28 U.S.C. § 1914(a)). Also, pursuant to the Prison Litigation Reform Act, Pub.L. No. 104-134, 110 Stat. 1321, inmates are required to pay, over a period of time, the full filing fee.

# INMATE AUTHORIZATION

I, __STEPHEN TSE__, authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Northern District of New York ("Clerk"), at his request, a certified copy of the statements, for the past six months, of my trust fund account (or institutional equivalent) at the institution where I am currently incarcerated.

If I have not been incarcerated at my current place of confinement for at least six (6) months, I authorize such agency to provide said Clerk, at his request, with copies of such account statements from the institution(s) in which I had previously been incarcerated.

I further request and authorize the agency holding me in custody to calculate, encumber and/or disburse funds from my trust fund account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with the commencement of the civil action submitted herewith (or noted below), and I understand that the total filing fee which I am obligated to pay is $150.00. I also understand that this fee will be debited from my account regardless of the outcome of my lawsuit. This authorization shall apply to any other agency into whose custody I may be transferred.

→ **Signature:** ___/s/ Stephen Tse___

★ NOTE: You must sign your name on the above line. ★

**FOR OFFICIAL USE ONLY - DO NOT WRITE BELOW THIS LINE**

Name and DIN Number: _____
Civil action number: _____
Short name of case: _____

Date: 09/01/2005  
Time: 1:27:45 pm  

Facility: RBK

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 14744038 | Living Quarters: | G01-111L |
| Inmate Name: | TSE, STEPHEN | Arrived From: | |
| Current Site Name: | Ray Brook FCI | Transferred To: | |
| Housing Unit: | GEN | Account Creation Date: | 5/24/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| RBK | 03/01/2005 05:11:22 PM | 47 | | | Sales | ($24.80) | | $144.99 |
| RBK | 03/07/2005 07:58:19 AM | 5JV00025 | | | Payroll - IPP | $24.99 | | $169.98 |
| RBK | 03/07/2005 08:24:37 AM | 006016 | | | FRP Monthly Pymt | ($30.00) | | $139.98 |
| RBK | 03/10/2005 11:48:38 AM | 34 | | | Sales | ($36.95) | | $103.03 |
| RBK | 03/12/2005 07:46:25 AM | ITS0312 | | | ITS Withdrawal | ($20.00) | | $83.03 |
| RBK | 03/16/2005 11:51:11 AM | 38 | | | Sales | ($11.90) | | $71.13 |
| RBK | 03/18/2005 05:43:03 AM | 70128601 | | | Lockbox - CD | $200.00 | | $271.13 |
| RBK | 03/19/2005 11:40:24 AM | ITS0319 | | | ITS Withdrawal | ($30.00) | | $241.13 |
| RBK | 03/21/2005 12:42:53 PM | 53 | | | Sales | ($113.55) | | $127.58 |
| RBK | 04/02/2005 11:11:18 AM | ITS0402 | | | ITS Withdrawal | ($20.00) | | $107.58 |
| RBK | 04/04/2005 07:57:29 AM | 5JV00033 | | | Payroll - IPP | $23.80 | | $131.38 |
| RBK | 04/04/2005 08:53:14 AM | 006019 | | | FRP Monthly Pymt | ($30.00) | | $101.38 |
| RBK | 04/05/2005 06:40:55 AM | 70129801 | | | Lockbox - CD | $200.00 | | $301.38 |
| RBK | 04/05/2005 11:10:59 AM | 23 | | | Sales | ($58.10) | | $243.28 |
| RBK | 04/12/2005 11:46:10 AM | 25 | | | Sales | ($15.70) | | $227.58 |
| RBK | 04/17/2005 09:24:16 AM | ITS0417 | | | ITS Withdrawal | ($20.00) | | $207.58 |
| RBK | 04/19/2005 12:45:04 PM | 61 | | | Sales | ($18.85) | | $188.73 |
| RBK | 04/21/2005 05:05:43 PM | 74 | | | Sales | ($5.70) | | $183.03 |
| RBK | 04/26/2005 11:55:47 AM | 30 | | | Sales | ($102.50) | | $80.53 |
| RBK | 04/30/2005 03:11:50 PM | ITS0430 | | | ITS Withdrawal | ($20.00) | | $60.53 |
| RBK | 05/02/2005 08:11:38 AM | 5JV00038 | | | Payroll - IPP | $23.46 | | $83.99 |
| RBK | 05/02/2005 09:39:32 AM | 006022 | | | FRP Monthly Pymt | ($30.00) | | $53.99 |
| RBK | 05/02/2005 12:37:26 PM | 57 | | | Sales | ($53.75) | | $0.24 |
| RBK | 05/07/2005 05:57:27 AM | 70132201 | | | Lockbox - CD | $200.00 | | $200.24 |
| RBK | 05/11/2005 11:36:08 AM | 26 | | | Sales | ($42.25) | | $157.99 |
| RBK | 05/11/2005 11:51:57 AM | 36 | | | Sales | ($4.50) | | $153.49 |
| RBK | 05/16/2005 12:10:37 PM | 48 | | | Sales | ($103.85) | | $49.64 |
| RBK | 05/18/2005 07:28:54 PM | ITS0518 | | | ITS Withdrawal | ($20.00) | | $29.64 |
| RBK | 05/21/2005 06:08:02 AM | 70133201 | | | Lockbox - CD | $200.00 | | $229.64 |
| RBK | 05/23/2005 11:36:46 AM | 26 | | | Sales | ($70.18) | | $159.46 |

Page 2

Date: 09/01/2005  
Time: 1:27:46 pm  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified  

Facility: RBK

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 14744038 | Living Quarters: | G01-111L |
| Inmate Name: | TSE, STEPHEN | Arrived From: | |
| Current Site Name: | Ray Brook FCI | Transferred To: | |
| Housing Unit: | GEN | Account Creation Date: | 5/24/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| RBK | 05/23/2005 11:56:03 AM | 43 | | | Sales | ($5.95) | | $153.51 |
| RBK | 06/01/2005 11:30:13 AM | 24 | | | Sales | ($16.35) | | $137.16 |
| RBK | 06/06/2005 08:02:26 AM | 5JV00044 | | | Payroll - IPP | $23.80 | | $160.96 |
| RBK | 06/06/2005 08:31:38 AM | 006023 | | | FRP Monthly Pymt | ($30.00) | | $130.96 |
| RBK | 06/06/2005 06:22:20 PM | ITS0606 | | | ITS Withdrawal | ($20.00) | | $110.96 |
| RBK | 06/07/2005 12:37:48 PM | 50 | | | Sales | ($30.60) | | $80.36 |
| RBK | 06/09/2005 05:29:30 AM | 70134401 | | | Lockbox - CD | $200.00 | | $280.36 |
| RBK | 06/16/2005 11:04:42 AM | 12 | | | Sales | ($76.15) | | $204.21 |
| RBK | 06/21/2005 11:32:27 AM | 26 | | | Sales | ($29.75) | | $174.46 |
| RBK | 06/23/2005 05:31:06 AM | 70135401 | | | Lockbox - CD | $200.00 | | $374.46 |
| RBK | 06/23/2005 05:35:48 PM | ITS0623 | | | ITS Withdrawal | ($30.00) | | $344.46 |
| RBK | 07/05/2005 07:16:43 AM | 5JV00049 | | | Payroll - IPP | $23.46 | | $367.92 |
| RBK | 07/05/2005 07:52:17 AM | 006027 | | | FRP Monthly Pymt | ($30.00) | | $337.92 |
| RBK | 07/06/2005 12:43:48 PM | 66 | | | Sales | ($39.85) | | $298.07 |
| RBK | 07/11/2005 12:33:19 PM | 46 | | | Sales | ($66.15) | | $231.92 |
| RBK | 07/11/2005 12:34:32 PM | 47 | | | Sales | $0.90 | | $232.82 |
| RBK | 07/20/2005 11:07:25 AM | 38 | | | Sales | ($56.75) | | $176.07 |
| RBK | 07/23/2005 05:30:02 AM | 70137501 | | | Lockbox - CD | $200.00 | | $376.07 |
| RBK | 07/23/2005 08:30:00 AM | ITS0723 | | | ITS Withdrawal | ($30.00) | | $346.07 |
| RBK | 08/02/2005 08:17:16 AM | 5JV00054 | | | Payroll - IPP | $28.56 | | $374.63 |
| RBK | 08/02/2005 08:37:57 AM | 006030 | | | FRP Monthly Pymt | ($30.00) | | $344.63 |
| RBK | 08/09/2005 05:19:07 PM | 103 | | | Sales | ($81.45) | | $263.18 |
| RBK | 08/18/2005 11:52:14 AM | 38 | | | Sales | ($45.65) | | $217.53 |
| RBK | 08/23/2005 11:30:51 AM | 31 | | | Sales | ($139.20) | | $78.33 |
| RBK | 08/25/2005 05:28:33 AM | 70139801 | | | Lockbox - CD | $200.00 | | $278.33 |
| RBK | 08/27/2005 10:32:16 AM | ITS0827 | | | ITS Withdrawal | ($20.00) | | $258.33 |
| RBK | 08/30/2005 11:48:25 AM | 34 | | | Sales | ($83.50) | | $174.83 |
| | **Total Transactions:** | **57** | | | **Totals:** | **$5.04** | **$0.00** | |

Page 3

Date: 09/01/2005  
Time: 1:27:46 pm  

Facility: RBK

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 14744038 | Living Quarters: | G01-111L |
| Inmate Name: | TSE, STEPHEN | Arrived From: | |
| Current Site Name: | Ray Brook FCI | Transferred To: | |
| Housing Unit: | GEN | Account Creation Date: | 5/24/2002 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| RBK | $174.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $174.83 |
| Totals: | $174.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $174.83 |

Page 4