# United States Court of Appeals
## For the First Circuit

NO. 05-2258

STEPHEN TSE

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**ORDER OF COURT**
**Entered: September 9, 2005**

    This court has docketed plaintiff's appeal from the order of dismissal entered on July 14, 2005 in CA No. 04-11698 (D. Mass.) as Appeal No. 05-2258. On July 14, 2005, plaintiff filed a motion to amend the complaint and on July 26, 2005, the plaintiff filed a motion for reconsideration in the district court. Pursuant to Fed. R. App. P. 4 (a)(4)(A), the notice of appeal from the July 14, 2005 order does not become effective until the district court disposes of the post-judgment motion.

    Therefore, appellant is directed to file a status report by **10/11/05** and at thirty day intervals thereafter, informing this court of any action taken by the district court on the post-judgment motion. Further, the appellant is directed to inform this court whether or not he intends to file a notice of appeal or amended notice of appeal from the district court's post-judgment order. See Fed. R. App. P. 4(a)(4)(B).

    Failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution. Local Rule 3(b).

    Once the district court rules on the motion for reconsideration, it is directed to forward its decision to this court forthwith.

By the Court:

Richard Cushing Donovan, Clerk

**MARGARET CARTER**

By_____
        Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By:_____ Date: 9/12/05

[Certified Copies: Honorable Nathaniel M. Gorton, Sarah A. Thornton, Clerk, U.S. District Court for the District of Massachusetts]
[cc: Stephen Tse, Heidi E. Brieger, AUSA, James D. Herbert, AUSA]