UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHEN TSE,                )
    PETITIONER,             )   CIVIL ACTION NUMBER 1:04-CV-11698
                            )   JUDGE NATHANIEL M. GORTON
                            )
V.                          )
                            )
                            )
UNITED STATES OF AMERICA,   )
    RESPONDENT.             )


AMENDED NOTICE TO APPEAL

Please take notice that plaintiff Stephen Tse intends to appeal the Order filed denying motion to Amend dated 7/12/05.


Respectfully Submitted,

_____
Stephen Tse, pro se

Dated: 10-24-05