# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

District Court No. __04-11698 nmc__
Appeal No. __05-2258__

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)  Signed: __Stephen Lee__ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.  Date: __12/27/05__ |

My issues on appeal are:

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $_____ | $ N/A | $_____ | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify): 0  $ 0 | | $ N/A | $ 0 | $ N/A |
| Total Monthly income: $ 0 | | $ N/A | $ 0 | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Holly Snyder | F.C.I. Raybrock | 2/1/2002 | $15.00 |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. *How much cash do you and your spouse have?* $ __0__

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| 0 | 0 | $ 0 | $ 0 |
| 0 | 0 | $ 0 | $ 0 |
| 0 | 0 | $ 0 | $ 0 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| 0 | | 0 | | Make & year: 0 | |
| 0 | | 0 | | Model: 0 | |
| 0 | | 0 | | Registration#: 0 | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: 0 | | 0 | | 0 | |
| Model: 0 | | 0 | | 0 | |
| Registration#: 0 | | 0 | | 0 | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ N/A |
| Are any real estate taxes included? ☐ Yes ☒ No | | |
| Is property insurance included? ☐ Yes ☒ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 0 | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 0 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 0 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ N/A |
|    Homeowner's or renter's | $ 0 | $ N/A |
|    Life | $ 0 | $ N/A |
|    Health | $ 0 | $ N/A |
|    Motor Vehicle | $ 0 | $ N/A |
|    Other: 0 | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): 0 | $ 0 | $ N/A |
| Installment payments | $ N/A | $ N/A |
|    Motor Vehicle | $ 0 | $ N/A |
|    Credit card (name): 0 | $ 0 | $ N/A |
|    Department store (name): 0 | $ 0 | $ N/A |

4

|   |   |   |
|---|---|---|
| Other: _____0_____ | $ _0_ | $ _N/A_ |
| Alimony, maintenance, and support paid to others | $ _0_ | $ _N/A_ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ _0_ | $ _N/A_ |
| Other (specify): _____0_____ | $ _0_ | $ _N/A_ |
| Total monthly expenses: | $ _0_ | $ _N/A_ |

9. *Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes  ☒ No            If yes, describe on an attached sheet.


10. *Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No

If yes, how much? $ _N/A_

If yes, state the attorney's name, address, and telephone number:
_____N/A_____
_____
_____


11. *Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes  ☒ No

If yes, how much? $ _0_

If yes, state the person's name, address, and telephone number:
_____N/A_____
_____
_____


12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*  I am indigent

13. State the address of your legal residence.
F.C.I. Ray Brook, P.O. Box 9008, Gen. A
Ray Brook, New York 12977

Your daytime phone number: (   ) N/A

Your age: 56    Your years of schooling: G.E.D.

## INMATE AUTHORIZATION

I, _____Stephen Tse_____, authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Northern District of New York ("Clerk"), at his request, a certified copy of the statements, for the past six months, of my trust fund account (or institutional equivalent) at the institution where I am currently incarcerated.

If I have not been incarcerated at my current place of confinement for at least six (6) months, I authorize such agency to provide said Clerk, at his request, with copies of such account statements from the institution(s) in which I had previously been incarcerated.

I further request and authorize the agency holding me in custody to calculate, encumber and/or disburse funds from my trust fund account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with the commencement of the civil action submitted herewith (or noted below), and I understand that the total filing fee which I am obligated to pay is $150.00. I also understand that this fee will be debited from my account regardless of the outcome of my lawsuit. This authorization shall apply to any other agency into whose custody I may be transferred.

→ **Signature:** _____Stephen Tse_____

★ NOTE: You **must sign your name** on the above line. ★

**FOR OFFICIAL USE ONLY - DO NOT WRITE BELOW THIS LINE**

Name and DIN Number: _____
Civil action number: _____
Short name of case: _____

Date: 12/02/2005
Time: 8:16:05 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: RBK

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 14744038 | Living Quarters: | G01-111L |
| Inmate Name: | TSE, STEPHEN | Arrived From: | |
| Current Site Name: | Ray Brook FCI | Transferred To: | |
| Housing Unit: | GEN | Account Creation Date: | 5/24/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| RBK | 06/06/2005 08:02:26 AM | 5JV00044 | | | Payroll - IPP | $23.80 | | $160.96 |
| RBK | 06/06/2005 08:31:38 AM | 006023 | | | FRP Monthly Pymt | ($30.00) | | $130.96 |
| RBK | 06/06/2005 06:22:20 PM | ITS0606 | | | ITS Withdrawal | ($20.00) | | $110.96 |
| RBK | 06/07/2005 12:37:48 PM | 50 | | | Sales | ($30.60) | | $80.36 |
| RBK | 06/09/2005 05:29:30 AM | 70134401 | | | Lockbox - CD | $200.00 | | $280.36 |
| RBK | 06/16/2005 11:04:42 AM | 12 | | | Sales | ($76.15) | | $204.21 |
| RBK | 06/21/2005 11:32:27 AM | 26 | | | Sales | ($29.75) | | $174.46 |
| RBK | 06/23/2005 05:31:06 AM | 70135401 | | | Lockbox - CD | $200.00 | | $374.46 |
| RBK | 06/23/2005 05:35:48 PM | ITS0623 | | | ITS Withdrawal | ($30.00) | | $344.46 |
| RBK | 07/05/2005 07:16:43 AM | 5JV00049 | | | Payroll - IPP | $23.46 | | $367.92 |
| RBK | 07/05/2005 07:52:17 AM | 006027 | | | FRP Monthly Pymt | ($30.00) | | $337.92 |
| RBK | 07/06/2005 12:43:48 PM | 66 | | | Sales | ($39.85) | | $298.07 |
| RBK | 07/11/2005 12:33:19 PM | 46 | | | Sales | ($66.15) | | $231.92 |
| RBK | 07/11/2005 12:34:32 PM | 47 | | | Sales | $0.90 | | $232.82 |
| RBK | 07/20/2005 11:07:25 AM | 38 | | | Sales | ($56.75) | | $176.07 |
| RBK | 07/23/2005 05:30:02 AM | 70137501 | | | Lockbox - CD | $200.00 | | $376.07 |
| RBK | 07/23/2005 08:30:00 AM | ITS0723 | | | ITS Withdrawal | ($30.00) | | $346.07 |
| RBK | 08/02/2005 08:17:16 AM | 5JV00054 | | | Payroll - IPP | $28.56 | | $374.63 |
| RBK | 08/02/2005 08:37:57 AM | 006030 | | | FRP Monthly Pymt | ($30.00) | | $344.63 |
| RBK | 08/09/2005 05:19:07 PM | 103 | | | Sales | ($81.45) | | $263.18 |
| RBK | 08/18/2005 11:52:14 AM | 38 | | | Sales | ($45.65) | | $217.53 |
| RBK | 08/23/2005 11:30:51 AM | 31 | | | Sales | ($139.20) | | $78.33 |
| RBK | 08/25/2005 05:28:33 AM | 70139801 | | | Lockbox - CD | $200.00 | | $278.33 |
| RBK | 08/27/2005 10:32:16 AM | ITS0827 | | | ITS Withdrawal | ($20.00) | | $258.33 |
| RBK | 08/30/2005 11:48:25 AM | 34 | | | Sales | ($83.50) | | $174.83 |
| RBK | 09/06/2005 09:15:24 AM | 5JV00062 | | | Payroll - IPP | $29.92 | | $204.75 |
| RBK | 09/06/2005 09:40:47 AM | 006033 | | | FRP Monthly Pymt | ($30.00) | | $174.75 |
| RBK | 09/06/2005 11:25:26 AM | 28 | | | Sales | ($21.05) | | $153.70 |
| RBK | 09/06/2005 11:26:33 AM | 29 | | | Sales | ($0.40) | | $153.30 |
| RBK | 09/12/2005 05:29:52 AM | 70140903 | | | Lockbox - CD | $200.00 | | $353.30 |

Page 2

Date: 12/02/2005  
Time: 8:16:06 am  

Federal Bureau of Prisons  
TRUFACS  
Inmate Statement  
Sensitive But Unclassified  

Facility: RBK  

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 14744038 | Living Quarters: | G01-111L |
| Inmate Name: | TSE, STEPHEN | Arrived From: | |
| Current Site Name: | Ray Brook FCI | Transferred To: | |
| Housing Unit: | GEN | Account Creation Date: | 5/24/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| RBK | 09/14/2005 11:29:29 AM | 22 | | | Sales | ($76.55) | | $276.75 |
| RBK | 09/15/2005 05:30:28 PM | 139 | | | Sales | ($61.80) | | $214.95 |
| RBK | 09/17/2005 08:26:51 AM | ITS0917 | | | ITS Withdrawal | ($30.00) | | $184.95 |
| RBK | 09/19/2005 12:35:26 PM | 56 | | | Sales | ($25.90) | | $159.05 |
| RBK | 10/06/2005 11:07:45 AM | 6 | | | Sales | ($70.85) | | $88.20 |
| RBK | 10/11/2005 07:40:42 AM | 5JV00066 | | | Payroll - IPP | $29.88 | | $118.08 |
| RBK | 10/11/2005 08:00:52 AM | 006003 | | | FRP Monthly Pymt | ($30.00) | | $88.08 |
| RBK | 10/14/2005 05:26:00 AM | 70143201 | | | Lockbox - CD | $200.00 | | $288.08 |
| RBK | 10/14/2005 12:09:02 PM | 46 | | | Sales | ($26.60) | | $261.48 |
| RBK | 10/15/2005 07:59:01 AM | ITS1015 | | | ITS Withdrawal | ($30.00) | | $231.48 |
| RBK | 10/18/2005 05:28:43 PM | 15 | | | Sales | ($22.35) | | $209.13 |
| RBK | 10/25/2005 06:09:31 AM | 70143901 | | | Lockbox - CD | $100.00 | | $309.13 |
| RBK | 10/25/2005 04:51:38 PM | 56 | | | Sales | ($22.55) | | $286.58 |
| RBK | 10/30/2005 10:58:56 AM | ITS1030 | | | ITS Withdrawal | ($20.00) | | $266.58 |
| RBK | 11/01/2005 11:06:03 AM | 13 | | | Sales | ($98.40) | | $168.18 |
| RBK | 11/07/2005 07:44:55 AM | FIPP1005 | | | Payroll - IPP | $19.32 | | $187.50 |
| RBK | 11/07/2005 08:28:01 AM | 006004 | | | FRP Monthly Pymt | ($30.00) | | $157.50 |
| RBK | 11/16/2005 11:21:41 AM | 16 | | | Sales | ($18.25) | | $139.25 |
| RBK | 11/21/2005 12:47:19 PM | 43 | | | Sales | ($14.70) | | $124.55 |
| RBK | 11/21/2005 12:53:38 PM | 123 | | | Sales | ($2.50) | | $122.05 |
| RBK | 11/24/2005 04:54:37 PM | ITS1124 | | | ITS Withdrawal | ($30.00) | | $92.05 |
| RBK | 11/28/2005 05:10:32 PM | 63 | | | Sales | ($21.55) | | $70.50 |
| RBK | 12/01/2005 02:44:37 PM | | | | Books | ($32.50) | | $38.00 |
| | Total Transactions: 53 | | | 457 | Totals: | ($99.16) | $0.00 | |

Date: 12/02/2005  
Time: 8:16:06 am  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified  

Facility: RBK

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 14744038 | Living Quarters: | G01-111L |
| Inmate Name: | TSE, STEPHEN | Arrived From: | |
| Current Site Name: | Ray Brook FCI | Transferred To: | |
| Housing Unit: | GEN | Account Creation Date: | 5/24/2002 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| RBK | $38.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $38.00 |
| **Totals:** | **$38.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$38.00** |

Page 4