Case No. 04-11698 (NMG)
Appeal No. 05-2258

## Statement of Issues Presented For Review

1. Whether the District Court erred as a matter of law in denying an indigent, pro se prisoner leave to file a First Amendment Complaint to raise Sentencing issues which violated petitioner Sixth Amendment rights under Apprendi v. N.J. 530 U.S. 466 (2000) Blakely v. Washington, 542 U.S. ___ (2004); and U.S. v. Booker 543 U.S. ___ (2005), which would give the Court jurisdiction pursuant to § 2255 (6) 3 in the interest of Justice?

2. Whether enhancing a Sentence on the basis of a Judge Found Fact in violation of the Sixth Amendment principle set out in Apprendi v. N.J. 530 U.S. 466, 67 Crl. 459 (2000), is fatal structural error that is not subject to harmless error review?

Stephen Lee