Stephen Tse
Reg. No. #14744-038
F.C.I. Ray Brook
P.O. Box 9008
Ray Brook, New York 12977.

FILED
___ OFFICE

___ P 2 01

___ COURT
DISTRICT OF MASS.

Dated February 13, 2006.

Margaret Carter
Chief Deputy Clerk
U.S. Court of Appeal
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2500
Boston, Massachusetts 02210.

Re: Steven Tse v. United States
Appeal No. 05-2258 /D.C. No. 04-CV-11698

Dear Ms. Margaret

In respond to this Courts Order and intent to dismiss entered January 27, 2006.

On or about November 23 2005, this Court issued an Order directing appellant to File A Compliant request For in Forma pauperis before the District Court of Massachusetts in the above Noted Case Number; To which I have Comply. See App. (A) attach. along with A Copy of My Application For A Certificate of Appealability that was also Filed in the United

States District Court, District of Massachus-
etts, attach as App. B.

However, I will comply as directed to re-file
A Compliant Motion, A Fully Completed Form H (Finan-
cial affidavit) along with A Completed statement of
issues section and An attached Certified statement
from the Prison's Institutional Trust Account in the
District Court, A copy is attach hereto, However, as
A result of A lockdown status here at the F.C.I
Ray Brook, I May not be able to Meet this Court
February 13, 2006 deadline to File the Necessary
documents and respond to this Court January/87,
2006. Order. See Attach as App. (C). U.S. Government
Memorandum's.


Respectfully Submitted
Stephen Tse
Stephen Tse Pro-Se.


C.C. Personal File.



**UNITED STATES GOVERNMENT**
**memorandum**
FCI Ray Brook, New York 12977

**Date:** February 6, 2006

**Reply to**
**Attention Of:** T. R. Craig, Warden

**Subject:** Lockdown Status

**To:** Inmate Population

FCI Ray Brook continues to be in Lockdown status. Staff are continuing to assess the situation to ensure your safety.

Today, you were given an opportunity for a brief shower and access to the ice machines.

Tomorrow, you will be fed a bag meal for breakfast, and then a hot meal for lunch. In the afternoon, you will be released for a short period of time to allow access to the showers, ice machines, and phones. You will be fed a bag meal for the dinner meal.

We will continue to move closer toward normal operating procedures at a measured pace, based on your continued clear conduct.



**UNITED STATES GOVERNMENT**
# memorandum
**FCI Ray Brook, New York 12977**

**Date:**  February 7, 2006

**Reply to**
**Attention Of:**  T. R. Craig, Warden

**Subject:**  Lockdown Status

**To:**  Inmate Population

FCI Ray Brook todavia está en lockdown status. Los oficiales están siguiendo evaluando la situación para asegurar su seguridad.

Hoy les han dado comida caliente a ustedes por el almuerzo, y una comida en bolsa por el desayuno y la cena. Les dejaron salir por un corto período por acceso a las duchas, las máquinas de hielo y los teléfonos.

Mañana, les van a dar el desayuno en bolsa, y entonces una comida caliente por el almuerzo y la cena. A los presos asignados a Food Service les dejarán salir por la mañana para preparar la comida. El cambio de las sábanas occurirá por cada unidad empezando por la mañana. Es su resposabilidad entregar las sábanas durante este movimiento y recoger el cambio. Se dejarán salir a los presos en las áreas comunes de las unidades durante la mañana y se les darán comida en la rotación normal de las unidades. Todos los presos estarán cerrados en sus celdas después de la cuenta a las 4 de la tarde.

Un desayuno (brunch) caliente estará servido el jueves. Se dejarán salir a cada unidad en la rotación normal de las unidades. A la terminación del almuerzo, se anunciarán "work call" por todos los presos.

Se anunciarán un "work call" normal viernes por la mañana. Las Visitas resumirán esta sábado y domingo. Recreación estará abierto viernes y este fin de semana solamente durante el día. Todos los programas por las noches estarán canceladas por el fin de semana. La Comisaria resumirá las horas de venta regulares el lunes, el 13 de febrero, 2006.

Este plan es un movimiento controlado a las operaciones normales y está basado en su buen comportamiento.



**UNITED STATES
GOVERNMENT**

# me
# morandum

**FCI Ray Brook, New
York**

**DATE:**    February 8, 2006

**REPLY TO**         /s/
**ATTN OF:**   T. R. Craig, Warden

**SUBJECT:**   Informational Update

**TO:**    Inmate Population

During the last week the institution has remained in lock-down status as the result of an incident involving two factions of the inmate population. This lock-down was a precautionary measure taken while we investigated the incident. We have taken this incident very seriously as the safety of staff and the general public, in addition to each of you, could very well have been jeopardized. In response to this incident, and concern for a safe environment, the following changes are being implemented immediately.

Inmates will remain secured in their cells following the 10:00 p.m. count, seven days per week. Televisions however, will remain on at all times. Additionally, the practice of Commissary shopping during the early morning hours will be discontinued.

Again, the safety of the staff, the general public, and the inmate population cannot be overemphasized.

Stephen Tse
Federal Register Number 14744-038
Federal Correctional Institution Ray Brook
Post Office Box 9008
Ray Brook, New York 12977

November 2, 2005

United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210
Attention: **Richard Donovan, Office Of The  Clerk Of Court**

Re: **Steven Tse v. United States**
    **No. 05-2258**

Dear Mr. Donovan,

        Greetings, I am writing to you today regarding the above-
captioned matter. This letter should be construed as a status
and clarification report. This court entered on Order dated
10/24/05, directing the Petitioner to file a certificate of
appealability in the district court.

        As this Court has docketed, Petitioner-Appellant  appealed
from the denial of his Motion to Vacate his sentence pursuant to
28 U.S.C. § 2255 which is wring. All I want to appeal is the
denial of my right to amend my § 2255 motion. I have filed
an amended notice to appeal  in the United States District Court.

        I would appreciate it if you would kindly inform me if I
am still required to file a certificate Of Appealability in
order to Appeal the denial of my right to appeal.

                                Sincerely,

                                _____
                                Stephen Tse.