# United States Court of Appeals
## For the First Circuit

No. 05-2258
DC No. 04-11698

STEPHEN TSE
Petitioner - Appellant

v.

UNITED STATES
Respondent - Appellee

**ORDER OF COURT**

Entered: February 24, 2006

Appellant has filed an application to proceed without prepayment of fees and affidavit in this court with prison trust account information, which we transmit to the district court for action. Fed. R. App. P. 24(a). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(b).

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER

By:_____
Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By:_____ Date: 2/24/06

[certified copies: Honorable Nathaniel M. Gorton, Sarah A. Thornton, Clerk, United States District Court for the District of Massachusetts]
[cc: Stephen Tse, Heidi E. Brieger, AUSA, James D. Herbert, AUSA, Dina Michael Chaitowitz, AUSA]