*AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Boston__ District of __Massachusetts__

__Stephen Tse__
Plaintiff

v.

__United States of America__
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: __04-CV-11698__
__Appeal No. 05-2258__

I, __Stephen Tse__, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __F.C.I. Ray Brook, P.O. Box 9008.__

   Are you employed at the institution? __yes__  Do you receive any payment from the institution? __yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __$15.00 per Month; F.C.I. Ray Brook, Unit B;__

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

_Application granted. NMGorton, USDJ 6/13/06_

4. Do you have any cash, checking or savings accounts?   ☐ Yes   ☒ No

If "Yes" state the total amount. __N/A__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other assets?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value (attach additional sheets as necessary): __N/A__

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __N/A__

I declare under penalty of perjury that the above information is true and correct.

__11/30/05__   __Stephen Lee__
   DATE                    SIGNATURE OF APPLICANT

## CERTIFICATE
(incarcerated applicants only)
(To be completed by appropriate official at the institution of incarceration)

I certify that the applicant named herein has the sum of $ __38.00__ on account to his/her credit at (name of institution) __FCI Ray Brook__. I further certify that the applicant has the following securities to his/her credit: __N/A__

_____. I further certify that during the past <u>six</u> months the applicant's average balance was $ __N/A__.

__12/2/05__   __Oken Acoting Tech.__
   DATE                    SIGNATURE OF AUTHORIZED OFFICER

### Notice to Inmates:

Pursuant to the Federal Court Improvement Act of 1996, Pub.L. No. 104-317, 110 Stat. 3847, as of December 18, 1996, the filing fee for most civil actions was increased from $120.00 to $150.00. *See id.* at § 401 (amending 28 U.S.C. § 1914(a)). Also, pursuant to the Prison Litigation Reform Act, Pub.L. No. 104-134, 110 Stat. 1321, inmates are required to pay, over a period of time, the full filing fee.

FORM F.2

Case 1:04-cv-11698-NMG    Document 24    Filed 02/21/2006    Page 3 of 4

## INMATE AUTHORIZATION

I, _Stephen Tse_, authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Northern District of New York ("Clerk"), at his request, a certified copy of the statements, for the past six months, of my trust fund account (or institutional equivalent) at the institution where I am currently incarcerated.

If I have not been incarcerated at my current place of confinement for at least six (6) months, I authorize such agency to provide said Clerk, at his request, with copies of such account statements from the institution(s) in which I had previously been incarcerated.

I further request and authorize the agency holding me in custody to calculate, encumber and/or disburse funds from my trust fund account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with the commencement of the civil action submitted herewith (or noted below), and I understand that the total filing fee which I am obligated to pay is $150.00. I also understand that this fee will be debited from my account regardless of the outcome of my lawsuit. This authorization shall apply to any other agency into whose custody I may be transferred.

→ **Signature:** _Stephen Tse_

★ NOTE: You must sign your name on the above line. ★

FOR OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE

Name and DIN Number: _____
Civil action number: _____
Short name of case: _____

## INMATE AUTHORIZATION

I, __Stephen Tse__, authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Northern District of New York ("Clerk"), at his request, a certified copy of the statements, for the past six months, of my trust fund account (or institutional equivalent) at the institution where I am currently incarcerated.

If I have not been incarcerated at my current place of confinement for at least six (6) months, I authorize such agency to provide said Clerk, at his request, with copies of such account statements from the institution(s) in which I had previously been incarcerated.

I further request and authorize the agency holding me in custody to calculate, encumber and/or disburse funds from my trust fund account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with the commencement of the civil action submitted herewith (or noted below), and I understand that the total filing fee which I am obligated to pay is $150.00. I also understand that this fee will be debited from my account regardless of the outcome of my lawsuit. This authorization shall apply to any other agency into whose custody I may be transferred.

→ Signature: ___Stephen Tse___

★ NOTE: You must sign your name on the above line. ★

**FOR OFFICIAL USE ONLY - DO NOT WRITE BELOW THIS LINE**

Name and DIN Number: _____
Civil action number: _____
Short name of case: _____