04-11698
USDC/MA
Gorton

# United States Court of Appeals
## For the First Circuit

No. 05-2258

STEPHEN TSE,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Torruella, Lynch and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered: September 12, 2006

Essentially for the reasons given by the district court in its memorandum and order, dated July 12, 2005, the request for a certificate of appealability is <u>denied</u> and the appeal is <u>terminated</u>.

By the Court:

Richard Cushing Donovan, Clerk.

[issued as mandate]
[per Fed. R. App. P. 41.]

Richard Cushing Donovan, Clerk

By: _____
      Chief Deputy Clerk.

Deputy Clerk

Date: 11/3/06

[cc: Stephen Tse, Heidi E. Brieger, AUSA,
James D. Herbert, AUSA, Dina M. Chaitowitz, AUSA]